McCURDY and others *v.* AGNEW.

MR. SCHENCK suggested the death of the respondent in appeal, and moved for an order making his administrators and heirs-at-law parties, and for an order of publication, some of the heirs residing in New York, and some being infants.　He cited 5 *Paige*, 528; 4 *Ib.* 409, 413; 2 *Peters*, 481; 4 *John Ch.* 382.

The motion was allowed; and an order directed to be drawn according to the practice in Chancery.